# Third District Court of Appeal

## State of Florida

Opinion filed October 8, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1129
Lower Tribunal No. F10-27774
_____

**Jesse Alberto Loor,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Marisa Tinkler Mendez, Judge.

W. Charles Fletcher (Jacksonville), for appellant.

James Uthmeier, Attorney General, and Ivy R. Ginsberg, Assistant Attorney General, for appellee.

Before MILLER, GORDO and GOODEN, JJ.

GORDO, J.

Jesse Alberto Loor ("Loor") appeals the summary denial of his Rule 3.850 motion for post-conviction relief based on ineffective assistance of counsel. We have jurisdiction. Fla. R. App. P. 9.140(b)(1)(D). Because Loor's claims were either legally insufficient or conclusively refuted by the record, we affirm. See Maxwell v. State, 937 So. 2d 216, 216 (Fla. 3d DCA 2006) ("The defendant appeals the trial court's summary denial of his motion for post conviction relief alleging ineffective assistance of trial counsel. The defendant's claims are legally insufficient and conclusively refuted by the record."); Franqui v. State, 59 So. 3d 82, 96 (Fla. 2011) (recognizing that "mere conclusory allegations" are insufficient to state a claim under rule 3.850); Rodriguez v. State, 219 So. 3d 751, 756 (Fla. 2017) ("We affirm the summary denial below because Rodriguez's claims are conclusively refuted by the record.").

Affirmed.